**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Stephen M. Bressler (State Bar No. 009032)
 Direct Dial: (602) 262-5376
 Direct Fax: (602) 734-3742
 Email: SBressler@LRLaw.com
Kristina N. Holmstrom (State Bar No. 023384)
 Direct Dial: (602) 262-5762
 Direct Fax: (602) 734-3875
 Email: KHolmstrom@LRLaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Tracy Shoup, | No. 2:12-CV-01337-FJM |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Metropolitan Life Insurance Co., et al. | |
| Defendants. | |

Defendant Metropolitan Life Insurance Company (MetLife) hereby gives notice that the parties have settled their dispute. The parties expect to submit a stipulation and order of dismissal with prejudice within the next 30 days.

DATED this 5th day of February, 2013.

LEWIS AND ROCA LLP


By */s/ Kristina N. Holmstrom*
Stephen M. Bressler
Kristina N. Holmstrom
Attorneys for Defendants

3300274.1

**CERTIFICATE OF SERVICE**

    I certify that on February 5, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick W. Mause
Law Office of Patrick Mause, PLLC
250 North Meyer
Tucson, AZ  85701
*Attorney for Plaintiff*

/s/ *Marianne McGrath*