UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Shoup,<br><br>　　　　Plaintiff,<br>　　vs.<br>Metropolitan Life Insurance Company, et al.,<br><br>　　　　Defendants. | No. CV 12-01337-PHX-FJM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

　　Pursuant to the parties' stipulation and good cause appearing,

　　**IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

　　Dated this 19th day of February, 2013.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge